USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/29/2018

# GOLDBERG AND WEINBERGER LLP
### Attorneys at Law

**630 Third Avenue, 18th Floor**
**New York, New York 10017**

**Lewis Goldberg (N.Y., CT. & N.J.)**
**Stuart Weinberger (N.Y. & N.J.)**

_____

**OTHER OFFICE:**
**REDDING, CT.**

**TEL: (212) 867-9595**
**FAX: (212) 949-1857**

January 25, 2018

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel:  212-805-0282

Regarding:     Augusto Arrojo v.  BB Management of New York Corp. et al

Civil Action No.:.  17-cv-04625 (JMF)(JCF)

Dear Judge Furman:

   Our firm represents the defendants in the above-referenced action. This letter is submitted on behalf of all parties.

   The parties have agreed to accept your recommendation whereby defendants will make total payment of nine thousand ($9,000.00) dollars. The parties will submit a stipulation next week.

> Respectfully submitted,
> /s/ Stuart Weinberger
> Stuart Weinberger

cc: Abdul Hassan, Esq. (by e-mail transmission)

SW:BB.L12518

SO ORDERED.  The Clerk of Court is directed to terminate Docket No. 27 as moot.

*[signature]*

January 29, 2018