UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AUGUSTO ARROJO,

                Plaintiff,                      17-CV-04625 (JFM)

                                                        **STIPULATION**

       -against-

BB MANAGEMENT OF NEW YORK CORP.,
AND LANFRAN REALTY CORP.,

                Defendants.

------------------------------------------------------------------X

        It is hereby agreed by Defendants BB MANAGEMENT OF NEW YORK CORP., and LANFRAN REALTY CORP. (collectively "Defendants") and Plaintiff Augusto Arrojo ("Plaintiff") as follows:

        1.      The Defendants shall pay to Augusto Arrojo the total sum of nine thousand nine thousand ($9,000.00) dollars for attorney's fees and costs. Said monies shall be paid by a check payable to Plaintiff's attorney. The Defendants shall be remit such monies to Plaintiff's attorney within ten (10) days after the Court approves this Stipulation.

        2.      This action shall be discontinued with prejudice. The Plaintiff shall have the right to re-open the case within thirty (30) days after the Court approves this stipulation if the monies in paragraph 1 are not remitted to Plaintiff's attorney.

        3.      The Plaintiff's attorney will file a satisfaction of judgment to satisfy the judgment entered against the Defendants by the Plaintiff.

Dated: New York, NY
        February 6, 2018                                    Stuart Weinberger Esq.

1

                                                Goldberg and Weinberger LLP
                                                630 Third Avenue, 18th Floor
                                                New York, NY 10017
                                                (212) 867-9595 (Ext. 313)
                                                (212) 949-1849 (Fax)
                                                *Attorneys for Defendants*

Dated: Queens, New York                          *Abdul Hassan*
       February 6, 2018                                Abdul Hassan, Esq.
                                                Abdul Hassan Law Group, PLLC
                                                215-28 Hillside Avenue
                                                Queens Village, New York 11427

So Ordered:

_____
U.S.D.J.